IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH | ) |
| | ) |
| PLAINTIFF, | )   Case No.    4:15-CV-1235 JAR |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ST. LOUIS COUNTY, MISSOURI, | ) |
| | ) |
| DEFENDANT. | ) |

**<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF</u>**

COMES NOW Sarah K. Molina and hereby requests leave of this Court to withdraw as counsel for Plaintiff Mustafa Abdullah due to a conflict of interest. Counsel has advised Plaintiff of the perceived conflict and her intent to withdraw. Stephen M. Ryals remains counsel for Plaintiff.

WHEREFORE, Sarah K. Molina respectfully requests that this Honorable Court grant her leave to withdraw as counsel for Plaintiff in the above-captioned case.

Respectfully submitted
December 3, 15


*/S/ Sarah K. Molina*
Sarah K. Molina, MO 60606

PROJECT FOR LAW ENFORCEMENT
ACCOUNTABILITY FOR JUSTICE
9300 Olive Blvd.
Saint Louis, Missouri 63132
(314) 995-5351
smolina@molinaimmigration.com

1

2

Certificate of Service

I, Sarah K. Molina, hereby certify that on the 3rd day of December 3, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all parties

<u>/s/Sarah K. Molina</u>