IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH, ) | |
| ) | No. 4:15-CV-1235-JAR |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ST. LOUIS COUNTY, MISSOURI, ) | |
| ) | |
| Defendants. ) | |

**COUNSEL'S COMPLIANCE WITH**
**THE COURT'S ORDER OF FEBRUARY 4, 2016 [DOC. 9]**

COMES NOW Stephen M. Ryals, who informs the Court:

1. I have provided Mr. Abdullah with a copy of the Court's Order [Doc. 9]

2. Mr. Abdullah's mailing and email addresses are:

   5901 Delmar Blvd, Apt. #205
   St. Louis, Missouri 63112
   Mustafa.abdullah87@gmail.com


Respectfully submitted,


*/s/ Stephen M. Ryals*_____
Stephen M. Ryals,      MO34149
The Ryals Law Firm, P.C.
P.O. Box 11065
Ferguson, MO  63135
Phone:  314.862.6262
Email:  ryals@rblawstl.com

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date this pleading was filed, a true and correct copy was served on all parties of record via the Court's CM/ECF system.

<em>/s/ Stephen M. Ryals</em>