# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Cause No.  4:15-CV-1235-JAR |
| ) | |
| ST. LOUIS COUNTY, MISSOURI ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

**COMES NOW** Robert Herman of Schwartz, Herman & Davidson, and hereby enters his appearance as counsel on behalf of Plaintiff Mustafa Abdullah.

Respectfully submitted,

**SCHWARTZ, HERMAN & DAVIDSON**

By:  /s/  Robert Herman
Robert Herman, #32376
8820 Ladue Road, Suite 201
St. Louis, Missouri 63130
Ph:  314/862-0200
Fx:  314/862-3050
*Attorney for Plaintiff Mustafa Abdullah*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on  June 30, 2016 , a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system:

By:  /s/  Robert Herman