IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA ABDULLAH ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Cause No. 4:15-CV-1235-JAR |
| ) | |
| ST. LOUIS COUNTY, MISSOURI ) | |
| ) | |
| Defendant. ) | |

### DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff Mustafa Abdullah and with consent of all parties and consent of the court pursuant to scheduling conference on August 11, 2016, dismisses all claims against Defendant St. Louis County, Missouri **WITHOUT PREJUDICE.**

Respectfully submitted,

**SCHWARTZ, HERMAN & DAVIDSON**

By: /s/ Robert Herman
Robert Herman, #32376
8820 Ladue Road, Suite 201
St. Louis, Missouri 63130
Ph: 314/862-0200
Fx: 314/862-3050
*Attorney for Plaintiff Mustafa Abdullah*

And

By: /s/ Anthony E. Rothert
Anthony E. Rothert, #44827MO
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
Ph: 314-652-3114
Fx: 314-652-3112
*Attorney for Plaintiff Mustafa Abdullah*

So Ordered
/s/ John A. Ross
8/11/2016